

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00447-CR

Jeremiah **HINDMAN**,
Appellant

v.

The **STATE** of Texas

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11519
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  July 29, 2015

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence on June 2, 2014, and Jeremiah Hindman did not file a motion for new trial. The deadline for filing a notice of appeal was therefore July 2, 2014. TEX. R. APP. P. 26.2(a)(1). A notice of appeal was not filed until June 3, 2015.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, court of appeals does not obtain jurisdiction to address merits of appeal, and court may take no action other than to dismiss appeal; court may not suspend rules to alter time for perfecting appeal); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996);

*see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH